# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

King Michael Oliver

    Plaintiff

    VS.

United States et. al.

    Defendant

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 10 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

3:26-CV-498-KHJ-MTP

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Now comes King Michael Oliver, in propria persona, hereby requests Declaratory Judgment (via 28 U.S.C. 2201) and Injunctive Relief (via 28 U.S.C. 2202) concerning the issues of inherent and inalienable rights of Self-Government and Self-Governance as Head-of-state and King of the Black Hebrew Nation-State.

1. As Head-of-state and King of the Nation, I am the creator and sole organ of the Nation who speaks and write in sole representation of the Revolutionary Government hereby seeking de jure Diplomatic Recognition whereas there have been previous requests that were labeled; (1) Federal Acknowledgement, (2) Federal Recognition, and (3) Political Recognition in which all

9 of 53

terms have the same meaning in regards to the results sought here via Recognition.

2. The first Petition was filed in United States v. Michael Oliver, case no. 3:24-cr-30108-DWD, with the United States District Court for the Southern District of Illinois.

The second, with the President of the United States, Donald John Trump, by Certified Mail #
9589 0710 5270 1748 4445 80

The third with the Secretary of State, Marco Rubio, by Certified Mail # 9589 0710 5270 3779 8989 74.

The Judicial Defendants (1) responded arbitrarily, capriciously, and abused their discretion in the handling, adjudication, consideration, and determination of Plaintiff's Petition for Recognition (2) denied Plaintiffs' Due Process of Law by (a) failing to consider the Plaintiff's Petition and (b) failing to provide sufficient Due Process Procedural Safeguards in the decision-making process for considering Plaintiff's Petition, (3) established and maintained an unfair process that arbitrarily and capriciously governed the evaluation and consideration of Plaintiff's Petition, and (4) denied the plaintiff Due Process and EQUAL PROTECTION of the Law by refusing to apply federal law and regulations as to Plaintiff in the same or similar manner that it has applied such laws and regulations to other similarily situated sovereign parties that have received

10 of 53

the relief sought by such sovereign parties... Plaintiff hereby seeks Declaration on what the law really is, and injunction based off of it.

## JURISDICTION AND VENUE

3. There are virtually two concurrent jurisdictions that exists here in that the issues presented here are basically governed by Customary International Law being specific, universal, and obligatory.... "The Law of Nations is part of our laws and should be ascertained and administered by the courts" (Hilton v. Guyot, 159 U.S. 113, 163; The Paquete Habana, 175 U.S. 677, 700; Kansas v. Colorado, 206 U.S. 46, 97) while the following statutes creates the cause of action required to confer federal court jurisdiction.... i.e. 28 U.S.C. sections 1331, 1332 (a)(4), 1346 (c), 1361, 1367 (a), 1651, 2201, and 2202.

4. Venue is proper in this court pursuant to 28 U.S.C. 1391 (e)(1)(C).

## PARTIES

Defendants

5. There are a total of 9 Defendants, the first will be the United States pursuant to 28 U.S.C. 1346, and 28 U.S.C 2674.

6. Here are **7 Judicial Officers** (Judges) that are being listed as Defendants;

(1) David W. Dugan, the United States District Court Judge,

(These are the Appellate Court Judges in the first Appeal)

(2) Candace Jackson-Akiwumi, Appeal #25-1138,

(3) Frank H. Easterbrook, Appeal #25-1138,

(4) Joshua P. Kolar, Appeal #25-1138,

(These are the Appellate Court Judges in the second Appeal)

(5) Michael B. Brennan, Appeal #25-1537,

(6) Michael Y. Scudder, Appeal #25-1537, and

(7) Doris L. Pryor, Appeal #25-1537.

7. Here are the **2 Executive Officers** that are being listed as Defendants;

(1) President of the United States, Donald John Trump, and

(2) Secretary of State, Marco Rubio.

8. I, King Michael Oliver, in propria persona, hereby certify, under penalty of perjury, that the foregoing is true and correct....

## PLAINTIFF'S AFFIDAVIT OF IDENTITY

I am who I am (Exodus 3:14), sui juris, and sovereign! Yahweh is my name forever! I wanted the full experience of living life as a Man on Earth, to be born, to age, and to find my Queen to reign with me forever in Heaven after this experience which will inevitably make me a better Judge for Judgment Day... I rather be addressed

12 of 53

as King Michael Oliver (in propria persona). I am the "Applicant" (as defined in 31 U.S.C. 5336 (a)(2)) and the "Beneficial Owner" (31 U.S.C. 5336 (a)(3)) of MICHAEL OLIVER II, the Corporation and/or "Reporting Company" (31 U.S.C. 5336 (a)(11)) that was created by filing a document with the Illinois Secretary of State for use in commerce.. The Records maintained on individuals (5 U.S.C. 552a) within the system of records maintained for statistical research or REPORTING PURPOSES ONLY and not used in whole or in part in making any determination about an identifiable individual, except as provided by 13 U.S.C. § 8 for routine use by government agencies. The Court in Tex. Top Cop Shop, Inc. v. Garland, 758 F. Supp. 3d 607, 643 describes such as a "State of Being", "Existence" as "the state or fact of having being" and "the manner of being that is common to every mode of being"... "It is the natural, idle state that any entity formed by registering with a secretary of state necessarily takes on by virtue of its registration... It is akin to a person simply being alive in their natural state, indistinguishable from an individual choosing to refrain from purchasing health insurance." The court also wrote, "The Commerce Clause does not furnish Congress with police powers or a general license to regulate an individual from cradle to grave." (id @ 644)

13 of 53

## STATEMENT OF THE CASE

9. Plaintiff's Quest should be termed, "A Peaceful Revolutionary Act!"

Has there ever been a peaceful revolution? If not, there should be no reason why this could not be the first. I do not wish to aquire any weapons of mass destruction, nor do I want to be associated with or involved with any state sponser of terrorism but it seems as if **violence** is the only proven factor that **must be involved** in order to establish any form of recognition...

The best educational reading on this subject may come from "**The Laws of Nations**", by: Emmerich de Vattel, "the founding era's foremost expert on the law of nations," says Judge Rao in Al-Hela v. Biden, 66 F.4th 217. Alot of judges mentions his name in their opinions with cases dealing with Sovereignty and Customary International Law. (e.g. Zivotofsky v. Kerry, 576 U.S. 1) I have cited many cases in my previous pleadings and my assertion of the **inherent and inalienable rights of self-governance** are well grounded in law and fact... For the United States, 250 years ago, it was the Declaration of Independence that **officially** started the American Revolution. It was thereby declared that " **ALL MEN WERE CREATED EQUAL**," that the government derives its power "from the

14 of 53

CONSENT of the governed," a powerful document that I should not have to repeat in its entirety here.

10. In many lives including my own quest to live my life as a regular ("equal") man, to be free (liberty) to enjoy the earth and its fruits, to find a wife (my Queen) and raise a family, to watch our children grow (pursuit of happiness) into adults and have children of their own, to enjoy the rest of our humanly lives together, I've found it virtually impossible to do so under the laws of the United States... There are and have been a few to make an exception but I've never had much support from family or the government who has INDEED, waged a war on "the Black man" through slavery and even after the Emancipation Proclaimation and up to this date. As the circumstances and evidence of my current incarceration, shall prove my point, it is hereby declared that I DO NOT CONSENT TO BE GOVERNED BY THE UNITED STATES OR ANY OF THE STATES LAWS OR STATUTES THAT HAVE DERIVED FROM THE COMMERCE CLAUSE.

I HAVE THE RIGHT TO FORM MY OWN GOVERNMENT AND TO WRITE MY OWN CONSTITUTION FOR ME AND MY PEOPLE!

These Rights were first asserted in my Motion for Declaratory Judgment via United States v. Michael Oliver, case no. 3:24-cr-30108-DWD, in the United States District Court

15 of 53

for the Southern District of Illinois. (as stated in preliminary statement above) the Petition for Federal Acknowledgement was actually the second assertion that was filed immediately after the Motion for Declaratory Judgment. Both were denied as "frivolous" which is totally erroneous and arbitrary because "if" my assertion was "frivolous," it would have no basis in law or fact.... An Appeal (25-1138) came ▓▓▓▓ immediately afterwards but it was denied before the 20 year sentence was imposed. I filed a Notice of Appeal at the sentencing hearing (25-1537)... The Judges being named as Defendants from the Court of Appeals followed the erroneous and arbitrary path....

11. Petitions were also sent to the President of the United States, Donald John Trump at the White House by Certified Mail and also to Secretary of State, Marco Rubio, copies of which are on the Appellate Court's Record in the process of placing the courts on Notice... No responce has been received as of today's date (June 6, 2026).

12. "Early courts routinely applied **law-of-nations principles** under which personal jurisdiction was typically a problem in recognition' (Rose v. Hinely, 8 U.S. 24, 4 Cranch 241, 276-277, 2 L. Ed. 608 (1808)) "observing that neither an act of Congress nor a provision of the Constitution had displaced the 'well-established **rules of international law**.'"
"Foreign Sovereigns", the office of Legal Counsel

16 of 53

explained, each "interacts with the United States as a foreign, **co-equal sovereign**." (Fuld v. PLO, 606 U.S. 1, 29) "The United States interacts with foreign states not within the Constitutional system, but as a **juridical equal**, on the level of **international law and diplomacy**." (quoting Attorney General) "It follows that no sovereign can be "amenable, or subject to the other," for such an arrangement would violate the precept that 'the body of the nation, the state, remains absolutely free." (quoting Emmerich de Vattel, The Law of Nations, Preliminaries, § 4, p. lv (J. Chitty ed. 1854)).

"The Law of Nations requires every national government to use 'due diligence' to **prevent** a wrong being done within its own dominion to another nation." (United States v. Hasan, 747 F. Supp. 2d 599 (4th Cir. 2010))

13. This subject has been no stranger to the 5th Circuit. See e.g., Made in the USA Found. v. United States, 242 F.3d 1300 (5th and 11th Cir. 2001) where it is stated, "The international jurist most widely cited in the first 50 years after the American Revolution was Emmerich de Vattel."

"The Law of Nations or the Principles of Natural Law applied to the conduct and to the Affairs of Nations ▬▬▬ ▬▬▬▬▬▬▬▬ and of Sovereigns" (Cardona v. Chiquita Brands Int'l, Inc., 760 F.3d 1185 (5th and 11th Cir. 2014))

"The relationship between sovereigns is subject to the Law of Nations" (146 S. Ct. 628:: Learning Res., Inc. v. Trump:: Feb. 20, 2026)

14. The retroactive effect of Recognition would eliminate the need to argue any immunity determinations "however," the courts never adjudicated along this path... Recognition was actually the further relief requested via 28 U.S.C. 2202 but within the Declaration of Rights, Plaintiff (as defendant in that case) sought declaration of rights to immunity via 28 U.S.C. 1604, and also Recognition... I find this important to note because (1) Recognition of Indian Tribes can be acheived through an Act of Congress, by the administrative procedures set forth in 25 CFR Part 83, or by a decision of a United States court (Pub. L. No. 103-454, § 103(3), 108 Stat. 4791), and (2) In 1976, when Congress enacted the foreign Sovereign Immunity Act (FSIA), it shifted responsibility for deciding questions of foreign sovereign immunity from the Executive Branch to the Judicial Branch "in order to free the Government from the case-by-case diplomatic pressures, and to CLARIFY the governing standards." (Verlinden B.V. v. Central Bank of Nigeria, 461 U.S. 480, 488) (see also 28 U.S.C. 1602, "claims of foreign states to immunity should henceforth be decided by the courts of the United States and of the states in conformity with the principles

18 of 53

set forth in this chapter.") So the FSIA essentially codifies the restrictive theory of foreign sovereign immunity, under which a 'foreign state' is immune from the jurisdiction of the courts of the United States...

15. It is also important to note that the FSIA applied in the case because the charges brought via 18 U.S.C. 922(g) by indictment named the instrumentality (MICHAEL OLIVER II), the corporation for whom **I AM THE BENEFICIAL OWNER OF**... Even if the suit was not governed by the FSIA, it would still be barred by Foreign-Sovereign Immunity under the common law, which includes Head-of-state immunity.

"When Congress passed the FSIA, the statute superseded the common law of Foreign Sovereign Immunity, but it did nothing to disturb the status quo for immunities granted to heads of state" (Samantar v. Yousuf, 560 U.S. 305, 324-25 (2010)) See also, Schooner Exch. v. McFaddon, 11 U.S. 116, 136-41 (1812)) As common-law immunity is still available, my assertion could **NEVER BE FRIVOLOUS!** These principles are grounded in law and fact! The District Court Judge and the Appellate Court Judges **ALL** failed to administer justice according to the Supreme Laws of the land..., None of the Judges gave any comprehensive interpretation of what the law really is as Due Process requires. **THERE WAS NO ADJUDICATION!**

19 of 53

16. All of these claims regarding immunity, recognition, and the judges' failure to adjudicate upon the merits of these issues must be gauged against the current state of international law and looking to those sources, the Supreme Court has long, albeit cautiously, recognized in the Paquete Habana, (175 U.S. 677) that:

"International law is part of our law, and **MUST BE** ascertained and administered by the courts of justice of appropriate jurisdiction, as often as questions of rights depending upon it are duly presented for their determination... for this purpose, where there is no treaty, and no controlling executive or legislative act or judicial decision, resort must be had to the customs and usages of civilized nations; and, as evidence of these, **to works of jurists** and commentators, who by years of labor, research, and experience, have made themselves peculiarly well acquainted with the subjects of which they treat... Such works are resorted to **by judicial tribunals**, not for the speculations of their authors concerning what the law ought to be, but for trustworthy evidence **of what the law really is**." (See also; Frazer v. Chi. Bridge & Iron, 2006 U.S. Dist. LEXIS 23367 (5th Cir. 2006))

For all of the defendant judges, the failure to adjudicate is the **CAUSE OF ACTION** for the declaratory and injunctive relief requested hereinafter.



For the Executive Defendants, the failure to act on or to

20 of 53

respond to the Petitions within a reasonable amounted time has created the **CAUSE OF ACTION** for the declaratory and injunctive relief requested herein as follows:

In regards to the Judicial Defendants, "the effect that the United states' courts give to the actions or privileges and **immunities of an unrecognized state is determined by applying the doctrine of comity.** ( Banco Nacional de Cuba v. Sabbatino, 376 U.S. 398, 409 (1964))

According to these laws, cases, and facts, HOW COULD THESE BE FRIVOLOUS?

"A Judge is not immune for actions, though judicial in nature, taken in the complete absence of all jurisdiction." (Mireles v. Waco, 502 U.S. 9, 11-12)

In ex Parte Virginia, 100 U.S. 339, the court declined to extend immunity to a county judge who had been charged in a criminal indictment for discrimination on the basis of race in selecting trial jurors for the County's Court.

"We held that judges acting to enforce the Bar Code would be treated like prosecutors, and thus would be amenable to suit for injunctive and declaratory relief." (Supreme Court of Virginia v. Consumers Union of United States, Inc., 446 U.S. 719, 734-737)

21 of 53

## CAUSE OF ACTION

## Count 1. Violation of Rights Under Color of Law

17. Judge, David Dugan, when presented with Motion for Declaratory Judgment, he failed to administer justice according to the laws thus deriving Plaintiff of Due Process and Equal Protection of the Laws required by the 5th and 14th Amendments of the United States Constitution.

18. Cause of Action is based on the violations of principles established by the Law of Nations under the common law which should be exercised in conjunction within the jurisdiction of the applicable statutes mentioned that creates defined enforceable rights of contribution.

19. Every day spent behind bars, Plaintiff suffers from irreparable injury caused by the Judge's failure to interpret and properly apply the laws involved in the case.

No person "shall be deprived of life, liberty or property without due process of law." Due process necessarily includes the opportunity to be heard at a meaningful time and in a meaningful manner by an impartial decision-maker. The basic purpose of due process is to preserve both, the appearance, and the reality of fairness in all adjudicative proceedings. Due process was totally absent in this case.

22 of 53

Title 42 U.S.C. sections 1983 and 1988 provides a cause of action extending the jurisdiction already conferred on the District Court in vindication of civil rights, to be exercised in conformity with the laws of the United States to punish offenders of the laws which includes the common law.

Plaintiff seeks Declaratory and Injunctive Relief declaring what the law really is...

When presented with the motion for Declaratory Judgment, the Judge should have given the Attorney for the United States an opportunity to respond, conducted a hearing on the merits of the assertion of immunity, and then made an official determination after fully adjudicating the facts and the laws....

Regarding paragraphs 14-16, the 5th Circuit has dealt with similar issues in cases like: In re Complaint of Sedco, Inc., 543 F. Supp. 561, 564-565 (5th Cir. 1982); De Sanchez V. Banco Central de Nicaragua, 515 F. Supp. 900, 901-902 (5th Cir. 1981); Ocean Transport Co. V. Government of Republic of Ivory Coast, 269 F. Supp. 703, 705 (5th Cir. 1967); See also, Schooner Exchange V. McFaddon, 11 U.S. 116, all discussing the development of Foreign Sovereign Immunity Law and noting that a claim of immunity raises a jurisdictional defense, and once raised,

No court in the United States has jurisdiction to proceed against a foreign sovereign UNTIL THESE DETERMINATIONS ARE MADE.

23 of 53

## Count 2. Arbitrary and Capricious Action.

20. Judge Dugan's Erroneous Denials of the Motion and Petition were strictly arbitrary and capricious action contrary to procedure and law.

Plaintiff suffers irreparable harm caused by Judges' arbitrary, capricious, and otherwise unlawful denial of the requested relief in the Motion (via immunity) and the Petition for Recognition, including, but not limit to, the rights and benefits attendant with such immunity and recognized status.

Pursuant to the principles of International Law, Federal law, and the U.S. Constitution, these violations (Count 1 and Count 2) constitute Cause of Action for Declaratory and Injunctive Relief (and possibly damages against the United States for Judicial Official's discriminatory treatment and failure to consider immunity and recognize sovereign status).

## Count 3. Failure to Adjudicate

21. Plaintiff hereby seeks declaratory and injunctive relief against Judge Dugan for failure to Adjudicate upon the merits of Federal Question of foreign Sovereign Immunity required by the Law of Nations and that failure to adjudicate claim reasonably before it amounted to denial of rights and constitutes irreparable harm.

The erroneous denials cannot be held compatible to adjudication... Every Rule, case, or law that was quoted by the court was totally contrary to the law and to my case.

Plaintiff suffers irreparable harm caused by the Judge's failure to adjudicate and otherwise denial of the requested relief in the Motion (via immunity) and the Petition for recognition, including, but not limited to the rights and benefits attendent with such immunity and recognized status with the right to organize for the sake of the Black Hebrew Nation.

The standard in this matter should be whether the Judge's erroneous denials were an abuse of discretion or contrary to the law... In this instance, it was both. The immunity defense was not lacking in substance and the court's failure to adjudicate the merits of the defense presents an arguable substantial federal

question... The Attorney for the United States was not given an opportunity to even respond to the Motion or the Petition as Due Process requires, nor was there any hearing ever held in regards to these 2 pleadings. This action was NOT ADJUDICATION but indeed arbitrary and capricious in that, adjudication is "the legal PROCESS OF RESOLVING A DISPUTE; the process of judicially deciding a case" (as defined in Black's Law Dictionary, 6th Pocket Ed.).

The Order denying the Motion was NOT impartial and did not resolve any dispute because there was none because he did not even allow the Assistant U.S. Attorney to respond as Due Process requires, so there was no dispute.

Pursuant to the principles of International Law, Federal law, and the U.S. Constitution, these violations constitute Cause of Action for Declaratory and Injunctive Relief and possibly damages against the United States for Judicial Official's discriminatory treatment and failure to consider immunity and recognize Plaintiff's Sovereign status.

26 of 53

## Count 4. Malicious Prosecution

22. A malicious prosecution ultimately resulted from the denial of the Motion for Declaratory Judgment where the challenge of the jurisdiction began in which the Motion asserting rights and challenging jurisdiction may be raised at anytime via Rule 12 (b), Fed. R. Civ. P. and Rule 12 (b) (2), Fed. R. Crim. P., while the case is pending, even **AFTER TRIAL** and through the appeal stage... The Motion provided sufficient notice that the court lacked jurisdiction and upon notice, the judge should have at least allowed the U.S. Attorney to respond to the Motion, but instead, he took the initiative to deviate from due process which amounted to the malicious prosecution and abuse of process where the evidence is apparent in the Judge's abuse of discretion when he passed a **20 year prison sentence** with the unusual **$400 monetary fine order** (monthly withdrawals)... These judicial actions were taken by the judge **WITHOUT JURISDICTION** thus constituting a malicious prosecution for which Plaintiff seeks Declaratory and Injunctive Relief.

A 20 years sentence in violation of the 2nd Amendment without any legal justification or factual justification in the misapplication of the sentencing statutes **WITHOUT JURISDICTION** was a totally **devastating blow to the conscious mind** after all that had taken place via court proceedings. Plaintiff suffers irreparable harm caused by the malicious prosecution that has displayed injustice to the level of a

27 of 53

tyrant who cannot be trusted with administering justice according to the laws... Judge Dugan denied the Plaintiff Due Process and equal protection of the laws by failing to adjudicate along the merits of the immunity defense presented in the Motion for Declaratory Judgment. The nature of the interests at stake are substantial for the Plaintiff, Plaintiff's family, and members of the Black Hebrew Nation while the excessive delay in acknowledging and considering Plaintiffs' Motion asserting immunity and Petition for Recognition has caused the Plaintiff irreparable harm, including, but not limited to, the rights, benefits, privileges, and immunities attendant with such recognized status.

Judge Dugan's erroneous denials via malicious prosecution established and maintained an unfair process that was followed by the Appellate Court Judges who affirmed the deprivation of Plaintiff's Rights under color of law.

Title 42 U.S.C. sections 1983, and 1988 provides a cause of action extending the jurisdiction already conferred on the District Court in vindication of civil rights, to be exercised in conformity with the laws of the United States to punish offenders of the laws which includes the common law.

In a case of actual controversy within its jurisdiction, any court of the United States, upon the filing of an appropriate pleading, may declare the rights and the legal relations of any interested party seeking such declarations, whether or not further relief is or could be sought... The general purpose of Federal

28 of 53

Declaratory Judgment Act (28 U.S.C. 2201 et. seq.) is to provide immediate forum for adjudication of rights and obligations in actual controversy where such controversy may be settled in its entirety and with expediency and economy.

Pursuant to the principles of International Law, Federal Law, and the U.S. Constitution, these violations constitute Cause of Action for Declaratory and Injunctive Relief and possibly damages against the United States for Judicial Official's discriminatory treatment and failure to consider immunity and recognize Plaintiff's Sovereign status. This also applies to the Appellate Court Judges in Counts 5-10.

29 of 53

## Counts 5, 6, and 7. Failure to Adjudicate.

23. The Appellate Court Judges in the first Appeal (25-1138) failed to adjudicate along the merits of the case when they totally abandoned procedures via De Novo Review and erroneously followed the arbitrary and capricious path of the District Court.

The erroneous denials cannot be held compatible to adjudication and Plaintiff suffers irreparable harm caused by the Judges' failure to adjudicate and otherwise denial of the requested relief in the Motion (via immunity) and the Petition for recognition, including, but not limited to the rights and benefits attendent with such immunity and recognized status with the right to organize for the sake of the Black Hebrew Nation - State.

## Counts 8, 9, and 10. Failure to Adjudicate.

24. Like all of the previous Judges, the Judges in the Second Appeal (25-1537) failed to adjudicate along the merits of the case. They also totally abandoned procedures via De Nove Standard of Review on Appeal... Even though the Attorney for the United States was finally given an opportunity to respond, they still followed the arbitrary and capricious path of the District Court and preceding Judges.

30 of 53

## Count II. Failure to Act Within a Reasonable Period of Time or to Even Acknowledge Petition

25. A Petition For Recognition was sent to President Donald J. Trump, by Certified Mail... The Petition has not been acknowledged and there has been **NO RESPONSE** as required by Due Process via 5th and 14th Amendments... The right to Petition the government is also guaranteed by the 1st Amendment.

Plaintiff has been thus denied (1) Due Process, (2) Equal Protection, and (3) the right to petition the government by Defendant's failure to consider the Petition in a timely manner.

The nature of the interests at stake are very substantial for the Plaintiff, Plaintiff's children, family, and the people of the Black Hebrew Nation while the excessive delay in acknowledging and considering the Petition for Recognition have caused the Plaintiff irreparable harm, including, but not limited to, the rights and benefits attendent with such recognized status and the ability to organize and support my family.

The Administrative Procedures Act provides a general cause of action for parties adversely affected

31 of 53

or aggrieved by agency action for which there is no other adequate remedy in court (5 U.S.C. 702-704).

Pursuant to 5 U.S.C. 555 (b), within a reasonable amount of time, each agency shall ▮▮▮ proceed to conclude a matter presented to it.

Pursuant to 5 U.S.C. 706 (1), a reviewing court shall "compel agency action unlawfully withheld or un-reasonably delayed."

The Reception Clause, United States Constitution Article II, § 3, provides support, athough not the sole authority, for the President's power to recognize other nations.... It is for the President, by and with the advice and consent of the Senate, to make treaties, provided 2/3 of the Senators present concur (Art. II, § 2, cl. 2).

26. Under International Law, Recognition may be effected by written or oral declaration.

"The first debate over recognition power arose in 1793, after France had been torn by revolution" (Zivotofsky v. Kerry, 576 U.S. 1, 24)

"But the Indian Tribes were not treated solely as foreign nations or as citizens of the States" (Oneida Indian Nation v. New York, 649 F. Supp. 420 (2nd Cir. 1986)). From the 1898 Cuban Recognition,

32 of 53

through the next 80 years, "Presidents consistently recognized new states and governments without any serious opposition from, or activity in Congress". (See 2 Whiteman §§ 6-60, at 133-242 (detailing over 50 recognition decisions made by the Executive) The next debate over recognition did not occur until the Late 1970's (22 U.S.C. 3301-3316).

This Complaint constitutes a new cause of action concerning recognition for which there should **NOT** be much debate of inherent and inalienable rights to self-government for me and my people after years of being tortured by the agents of the United States before and after slavery... The requested injunctive should come in the form of Mandamus with the Declaratory Judgment.

It is not certain why the Secretary or President has not provided a responce to the Petition for Recognition but the non-responce does create a cause of action for Mandamus with a Declaration of rights attached thereto.

## Count 12. Failure to Act Within Reasonable Period of Time or to Even Acknowledge Petition

27. A Petition for Recognition was sent to **Secretary of State**, Marco Rubio, by Certified Mail... The Petition has not been acknowledged and there has been **NO RESPONSE** as required by Due Process via 5th and 14th Amendments... The Right to Petition the government is also guaranteed by the 1st Amendment.

Plaintiff has thus been denied (1) Due Process, (2) Equal Protection, and (3) the right to petition the government by Defendant's failure to consider the Petition in a timely manner.

The nature █ of the interests at stake are very substantial for the Plaintiff, Plaintiff's children, family, and the people of the Black Hebrew Nation while the excessive delay in acknowledging and considering the Petition for Recognition have caused the Plaintiff irreparable harm, including, but not limited to, the rights and benefits attendent with such recognized status and the ability to organize and support my family.

The Administrative Procedures Act provides a general cause of action for parties adversely affected or aggrieved by agency action for which there is no other

34 of 53

adequate remedy in court (5 U.S.C. 702-704).

Pursuant to 5 U.S.C. 555(b), within a reasonable amount of time, each agency shall proceed to conclude a matter presented to it.

Pursuant to 5 U.S.C. 706(1), a reviewing court shall "compel agency action unlawfully withheld or un-reasonably delayed." See also 28 U.S.C. 1361.

28. In addition to advising the President on Foreign matters, the Secretary of State, as head of the Department of State, administers, coordinates, and directs the Foreign Service of the United States and the personnel of the Department of State, (22 U.S.C. 2651a) and the observance of human rights as principal goal of foreign policy of the United States shall be to promote the increased observance of internationally recognized human rights by all countries. (22 U.S.C. 2304 (a)(1))

Under the policy guidance of the Secretary of State, the agency primarily responsible for administering International Development (22 U.S.C. 2151 et seq.), should have responsibility for coordinating all United States development-related activities. "The United States, in accordance with its international obligations as set forth in the Charter of the United Nations and in keeping with the constitutional heritage and traditions of the United States, promote and encourage increased respect for human rights and fundamental freedoms

35 of 53

throughout the world without distinction as to race, sex, language, or religion"... Accordingly, the rights of the Black Hebrew Nation to Organize and to be Recognized as a Sovereign Nation-State should be fully observed without delay or hinderance BUT it seems as if certain agents of the United States have conspired to neutralize and destroy any Kind of political organization of the "Black Man". (e.g. Hampton v. Hanrahan, 600 F. 2d 600, 608-610 (7th Cir. 1979))

"In August 1967 the FBI initiated a national covert counterintelligence program called `COINTELPRO' which was designed to neutralize a variety of political organizations including those which the Bureau characterized as `Black Nationalist Hate Groups.'.... from the files of the FBI itself, an FBI memorandum from February 1968 described the goals of COINTELPRO as: (1) Prevent the rise of coalition of militant black nationalist groups, (2) Prevent the rise of a messiah who could unify and electrify the militant nationalist movement.... Martin Luther King, stokely Carmichael and Elijah Muhammed all aspire to this position, (3) Prevent violence on the part of black nationalist groups, (4) Prevent militant black nationalist groups and leaders from gaining respectability by discrediting them, (5) prevent the long-range growth of militant black nationalist organizations, especially among youth...Senate Select Committee to Study

36 of 53

Governmental Operations with respect to Intelligence Activities, The FBI's Covert Action Program to Destroy the Black Panther Party, S. Rep. No. 94-755, 94th Cong., 2d Sess., 187 (1976)".... This is a secret war (to be exact) that has been waged against Black people.

29. "What is War ?" ( J. Toulman asks in, United States V. The Active, 1814 U.S. Dist. LEXIS 1 (District Court, Territory of Mississippi )) "It is a contest," says Bynkershoek, "carried on between independent persons for the sake of asserting their rights." "Where society does not exist, -- where there is no such institution as that which we call government, -- there individuals, being strictly independent persons, may carry on war against each other... But whenever men are formed into a social body, war cannot exist between individuals. The use of force among them is not war, but a trespass, cognizable by the municiple law."... The author goes on to write more about war, "(2) What indeed is the object of war ?, (3) What rights are acquired by a state of war ?," and a forth question is asked, "What, indeed, is the law of nations ?," with short answers after all of the questions asked... The definition of War is also defined in my Motion for Declaratory Judgment and Petition for Federal Acknowledgment... By these, the United States have allowed its agencies and agents thereof, to conduct themselves as a common enemy of all mankind ("for purposes of civil liability, the torturer has become like a pirate and slave trader before him

37 of 53

hostis humani generis, an enemy of all mankind," Frazer v. Chi. Bridge & Iron, 2006 U.S. Dist. LEXIS 23367) (5th Cir. 2006)

These atrocities makes the United States an accomplice in these shockingly egregious violations of universally recognized principles of international law.... I will elaborate more in the next pages, starting with the next count, i.e. **Count 13.** United States as Defendant, for "it is well established that FTCA claims may be brought against only the United States, and not the agencies or employees of the United States." (Tran v. United Postal Service, 2026 U.S. Dist. LEXIS 56201 (5th Cir. 2026)) "that the United States, and not the responsible agency or employee, is the **proper** party defendant."

It is not certain why the Secretary of State has not provided a responce or suggestion of immunity requested in the Petition For Recognition **but the non-responce does create a cause of action for Mandamus with a Declaration of rights attached thereto.**

## Count 13. Liability of the United States

30. The Administrative Procedures Act provides a general cause of action for parties adversely affected or aggrieved by agency action for which there is no other adequate remedy in court (5 U.S.C. 702-704). "The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States". Provided, That any mandatory or injunctive decree shall specify the federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance". (5 U.S.C. 702)

Pursuant to 5 U.S.C. 555 (b), within a reasonable amount of time, each agency shall proceed to conclude a matter presented to it and "a reviewing court shall compel agency action unlawfully withheld or unreasonably delayed."

In regards to, United States v. Oliver, case no. 3:24-cr-30108-DWD, the United States is subject to a Compulsory Counter-claim for which this suit shall stand and constitutes a compulsory counterclaim in addition to the Motion for Declaratory Judgment and the Petition for Federal Acknowledgement that were filed in that case.

My previous pleadings sought diplomatic recognition and ultimately, a **Treaty of Peace**. The United States, as a sovereign state, "is bound to respect the independence of every other sovereign state." And "redress of grievances by reason of such acts

39 of 53

must be obtained through the means open to be availed of by sovereign powers as between themselves." (Kuwait Pearls Catering Co., WLL v. Kellogg Brown & Root Servs., 2016 U.S. Dist. LEXIS 43623 (5th Cir. March 31, 2016); Ministry of Oil of the Republic of Iraq v. 1,032,212 Barrels of Crude Oil Aboard the United Kalavrvta, 2015 U.S. Dist. LEXIS 1566 (5th Cir. Jan. 7, 2015); Oetjen v. Central Leather Co., 246 U.S. 297, 303; Underhill v. Hernandez, 168 U.S. 250, 252; United States v. Lee, 106 U.S. 196, 237; In re Refined Petroleum Prods. Antitrust Litig., 649 F. Supp. 2d 572, 581-82 (5th Cir. Jan. 9, 2009); Hemisphere Assocs, LLC v. Republique Du Congo, 2006 U.S. Dist. LEXIS 23533 (5th Cir. April 5, 2006); In re Yukos Oil Co., 321 B.R. 396, 409 (5th Cir. Feb. 24, 2005); Hargrove v. Underwriters at Lloyd's, 937 F. Supp. 595, 600 (5th Cir. Aug. 21, 1996); Rohm & Haas Co. v. Dawson Chem. Co., 557 F. Supp. 739, 832 (5th Cir. Oct. 27, 1982)); Banco Nacional De Cuba v. Sabbatino, 376 U.S. 398, 416 and many more..... The courts were served, the President was served, and the Secretary of State were all served Petitions for Recognition but there has been **NO RESPONCE!** Since none of my previous pleadings have been answered, **this is the only means of obtaining any relief sought** via Recognition, suggestion of immunity, and a **Treaty of Peace.**

    Plaintiff hereby seeks Declaratory and Injunctive Relief. The general purpose of 28 U.S.C. 2201 is to provide immediate

forum for adjudication of rights and obligations in actual controversy were such controversy may be settled in its entirety and with expediency and economy. In a case of actual controversy within its jurisdiction, any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought.

Pursuant to the declaration of Plaintiff's inalienable rights to self-governance, the request for further injunctive relief via 28 U.S.C. 2202 flows from successful assertion of claims and Plaintiff requests the issuance of Writ of Mandamus pursuant to 28 U.S.C. 1361 and/or 1651, and 5 U.S.C. 706(1), to compel responces of Petitions for Recognition.

Plaintiff hereby encourages Administrative adjustment of these claims pursuant to 28 U.S.C. 2672 concerning the liability of the United States under 28 U.S.C. 2674, and/or Compromise (28 U.S.C. 2677) or settlement.

It has been held that, "The international law, allegedly violated, need not provide a specific right to sue." (Papa v. United States, 281 F.3d 1004, 1013 (9th Cir. 2002)) The court has held that what is required, in addition to the claim being brought for tort, is that the cause of action be based on "violations of specific, universal and obligatory international human rights standards which confer fundamental human rights

41 of 53

standards upon all people vis-a-vis their own government."
(Hilao v. Marcos (In re Estate of Marcos), 25 F.3d 1467, 1475
(9th Cir. 1993)); Doe I v. Liu Qi, 349 F. Supp. 2d 1258, 1277-78;
Papa v. United States, 281 F.3d 1004, 1012-13)

     In vesting Congress with the power to define, as
well as to punish, offenses against the Law of Nations, article 1,
section 8 of the U.S. Constitution authorized Congress to
derive from the often broadly phrased principles of international
law, a more precise code, as it determined that to be
necessary to bring the United States into compliance with rules
governing the international community. In enacting the
Foreign Sovereign Immunities Act, Congress gave the courts
guidance in restrictive theory of Foreign Sovereign Immunity
for which, in my case, they have deviated and caused Plaintiff
irreparable injury in violation of inalienable rights grounded in
Customary International Law which are held sacred and
inviolable among all nations. Such aggravating insults should be
considered actionable in any court of the United States while
any inaction should render all negligent parties accomplice
to these atrocities. (e.g. Adhikari v. Kellogg Brown &
Root, Inc., 845 F.3d 184 (5th and 11th Cir.) stating: "Failure
to provide such redress implicated the sovereign as an
accomplice in the violation and risked reprisal from the nation
suffering the wrong.") "As a leading treatise explained,

42 of 53

a sovereign "ought not to suffer his subjects to molest the subjects of others, or to do them an injury, much less should he permit them to audaciously offend foreign powers." 1 E. de Vattel, The Law of Nations, bk. II, §76, p. 145 (1760). Instead, the nation "ought to oblige the guilty to repair the damage, if that be possible, to inflict on him an exemplary punishment, or, in short, according to the nature of the case, and the circumstances attending it, to deliver him up to the offended state there to receive justice."... A sovereign who "refuses to cause a reparation to be made of the damage caused by his subject, or to punish the guilty, or, in short, to deliver him up, renders himself in some measure an accomplice in the injury, and becomes responsible for it" (Jesner v. Arab Bank, PLC, 584 U.S. 241, 324, n. 3) Thus said,

    In enacting the Alien Tort Statute, Congress sought to permit recovery of damages from pirates and others who violated basic international law norms and "adjudicating any such claim must, in my view, also be consistent with those notions of **comity** that lead each nation to respect the sovereign rights of other nations by limiting the reach of its own laws and their enforcement." (Sosa v. Alvarez-Machain, 542 U.S. 692, 761)

31. **Concluding**, "The River of Justice must flow freely" (Doe v. Kamehameha Schools/Bernice Pauahi Bishop Estate, 470 F.3d 827 (9th Cir. 2006). Just like the Congressional findings in 20 U.S.C. 7512, Congress

43 of 53

must inevitably have to bring the United States into compliance with the rules governing the sovereign, independent, and internationally recognized government of the Black Hebrew Nation for it is hereby declared that I, King Michael Oliver, **am now constructing a Unified Monarchal Government for the Black Hebrew Nation and hereby seeking recognition....**

32. The reader must understand that agents of the United States, from the past, to the present day, have been trying to prevent this from happening, or at least delay the endeavor. In Dred Scott v. Sandford, 15 LED 691, 19 How 393, 403-404 (1856), Mr. Chief Justice Taney delivered the opinion of the court, he wrote, "can a negro, whose ancestors were imported into this country and sold as slaves, become a member of the political community formed and brought into existence by the U.S. Constitution, and as such become entitled to all the rights, and privileges, and immunities, guarantied by that instrument to the citizen." Within the next few paragraphs, the Judge begins to distinguish **3 different races of people.**
#1. "the negro (the Black Man), whose ancestors were imported into this country and sold as slaves,"
#2. "the Indian race, yet uncivilized, they were free and independent people, associated together in nations or tribes, and **governed by their own laws,** and

44 of 53

#3. "the white race, who claimed the ultimate right of dominion but the claim was acknowledged to be subject to the rights of the Indians to occupy it (American lands) as long as they thought proper, and neither the English nor Colonial Governments claimed or exercised any dominion over the tribes or nation by whom it was occupied, nor claimed the right to the possession of the territory, until the tribe or nation consented to cede it. THESE INDIAN GOVERNMENTS WERE REGARDED AND TREATED AS FOREIGN GOVERNMENTS, as much so as if an ocean had separated the red man from the white man; AND THEIR FREEDOM HAS CONSTANTLY BEEN ACKNOWLEDGED — Treaties have been negotiated with them, and their alliance sought for in war, and the people who compose these Indian political communities have always been treated as foreigners not living under our government. BUT THE NEGRO RACE WERE CONSIDERED AS A SUBORDINATE AND INFERIOR CLASS OF BEINGS, WHO HAD BEEN SUBJUGATED BY THE DOMINANT RACE, and whether emancipated or not, yet remained subject to their authority, AND HAD NO RIGHTS OR PRIVILEGES but as those who held the power and the government might choose to grant them."

45 of 53

(Page 405) "It is not the province of the courts to decide upon the justice or injustice, the policy or impolicy of these laws. The decision of that question belonged to the political or law-making power; to those who formed the sovereignty and framed the Constitution. The duty of the court is to interpret the instrument they have framed, with the best lights we can obtain on the subject, and to administer it as we find it, according to its true intent and meaning when it was adopted.

(Page 407) "They had for more than a century before been regarded as being of an inferior order; and altogether unfit to associate with the white race, either in social or political relations; and so far inferior, that they had no rights which the white man was bound to respect; and that the negro might justly and lawfully be reduced to slavery for his benefit... He was bought and sold, and treated as an article of merchandise and traffic, whenever a profit could be made by it. This opinion was at that time fixed and universal in the civilized portion of the white race. It was regarded as an axiom in morals as well as in politics, which no one thought of disputing, or supposed to be open to dispute; and men in every grade and position in society daily and habitually acted upon it in their private pursuits, as well as in matters of public concern, without doubting for a moment the correctness of this opinion.... And in no nation was this opinion more firmly

46 of 53

fixed or more (page 408) uniformly acted upon than by the English people. They not only seized them on the coast of Africa, and sold them or held them in slavery for their own use; but they took them as ordinary articles of merchandise to every country where they could make a profit on them, and were far more extensively engaged in this commerce than any other nation in the world."

Those were atrocities forbidden by the laws of Nations.... So were the actions of COINTELPRO that I wrote about in Count 12, "to destroy the Black Panther Party."

"We refer to these historical facts for the purpose of showing the fixed opinions concerning that race" (id at 409)

"When in the course of human events it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth the separate and equal station to which the laws of nature AND NATURE'S GOD ENTITLE THEM, a decent respect for the opinions of mankind requires that they should declare the causes which impel them to the separation" (id at 409-410 quoting the Declaration of Independence).

I hereby declare that, not much has changed since then. It has only evolved into modern-day slavery where the Black Man is still being "seized" but thrown in prisons

pursuant to the commerce clause.... Not every mind can comprehend. Not every eye can see how History repeats itself... These very "negro slaves" are the descendants of the **Exodus slaves**.... All people are not blind though! Even before the 14th Amendment, there have been dissenting opinions, even among the same case that I must quote here; See id at 484-485,

"Nations are equal in respect to each other, and entitled to claim equal consideration for their rights, whatever may be their relative dimensions and strength, or however greatly they may differ in government, religion, or manners... This **perfect equality** and entire independent of **all distinct states** is a fundamental principle of public law... It is a necessary consequence of the equality, that **each nation is entitled** to dictate a form of government or religion, or a course of internal policy to another." "This writer gives some instances of the **violation** of this great national immunity, and amongst them the constant interference by the ancient Romans, under the precept of settling disputes between their neighbors, but with the **REAL PURPOSE of reducing those neighbors to bondage**; the interference of Russia, Prussia, and Austria, for the dismemberment of Poland; the more recent invasion of Naples by Austria in 1821, and of Spain by the french Government in 1823, under the **EXCUSE** of suppressing a dangerous spirit of internal revolution and reform." (etc)

"Nations being free and independent of each other in the same manner as men are naturally free and independent, the second general law of their society is that **each nation** ought to be left in the **peaceable enjoyment of the liberty** it has derived from nature. The natural society of nations cannot subsist if **the rights which each have received from nature** are not respected.... **NONE** would willingly renounce its liberty; it would rather **break off all commerce** with those that should attempt to violate it."... (The Bank of Augusta v. Earle, 10 LED 274, 13 Peters 519, 606)

And my life and liberty has been violated! I do not consent to be governed under the commerce clause, **this is what has been declared** in my previous pleadings that I would like to **incorporate here by reference** as if they were fully set forth in these pages, i.e. (1) Motion for Declaratory Judgment, (2) Petition for Federal Acknowledgment, (3) Appellate Brief and Reply Brief in Appeal 25-1138, (4) both Briefs and all of my filings in Appeal 25-1537 which includes both Petitions for Recognition to the President and Secretary of State, and (5) my Supreme Court filings for (a.) Writ of Certiorari and (b) Writ of Error....

Each Nation must have a Head, otherwise it would have no means of asserting its political rights.... And NOTICE, everytime this "repudiated race" seems as if it has a

49 of 53

potential Head, like Dr. Martin Luther King, he is Killed! Just like he was Killed...

33. I have been severely persecuted and officers have even tried to Kill me too. Just so happen, some of the most atrocious moments are on the court's records. (e.g. Oliver v. Lyerla, 2022 U.S. App. LEXIS 4708 (7th Cir.)) and begin at page 2 where it is written, "Oliver uses the honorific "King" before his name. After doing so on his visitor list at Menard, Sergeant Minh Scott verbally harassed him about it.") But the real depth of these atrocities lie within the complaints and the court filings on record of the case # 17-CV-00206-NJR, that initially began in 2014 when I filed a Motion to Dismiss asserting immunity via 28 U.S.C. 1604... AND PLEASE NOTICE that this is the same District court who sentenced me to 20 years in prison after refusing to help me in any Kind of way, form, or fashion... There are other cases that were filed in that same Court seeking assistance after being persecuted. (e.g., Oliver v. Schwartz, 2015 U.S. Dist. LEXIS 15890 (Feb. 10, 2015) et. al.) See also, Oliver v. Warden, 2025 U.S. Dist. LEXIS 170633, (7th Cir. District Court 2025) regarding a criminal conviction dispite my innocense, the last case that I filed.... There are a few more in between those times and before... I will end with that... This complaint has become lengthy....

50 of 53

# DECLARATION AND RELIEF SOUGHT

WHEREFORE, for the above-stated reasons, Plaintiff respectfully seeks the following relief.

1. I am fully confident that once the Court has read and studied the material presented within this Complaint that the **INTERPRETATION** will provide assurance that the Principles established by the Law of Nations makes the court obligated to declare what the Law really is and that:

The Black Hebrew Nation-State has inalienable rights to organize and **TO BE RECOGNIZED AS A SOVEREIGN STATE**, capable of managing its own affairs (self-government) as **EQUAL** to **ALL** of the other Nations within the domestic and international communities with me, King Michael Oliver as the sole representative, King, and Head-of-State in the pursuit of establishing a Unified Monarchal Government which shall begin with the negotiations of a Treaty of Peace, Commerce, and friendship with the United States' Executive, Legislative, and Judicial Branch of Government's envolvement, no longer to be hindered or delayed by persecutions or the waging of secret wars against me and my people who will be required to register as members if not closely related by blood, but we are all relatives and One Nation under God.

51 of 53

2. The Injunction, pursuant to 28 U.S.C. 2202, shall align with the declartion.... I hereby request the court to assist me in this matter, to issue all writs necessary in the pursuit of Justice, to establish Diplomatic meetings for the negotiation, if needed after, the ones that are requested here, i.e.,

(1) Writs of Mandamus compelling all Defendants to review and respond to the Petitions For Recognition within 30 days after Service of this Complaint via 5 U.S.C. 706 (1), 28 U.S.C. 1346, and/or 1651

(2) Writ of Habeas Corpus (via 28 U.S.C. 2241) in reflection of the rights attendant with Recognition and the Retroactive Effects thereof.

3. Declaration clarifying the governing standards of Recognition in this case for, this is a case of first impression.

4. To serve both Houses of Congress with a copy of this Complaint and request their immediate involvement.

5. Award of costs of this action., and

6. Any further necessary and proper relief based on the Declaratory Judgment.

7. Award of damages, to be negotiated.

52   of 53

## CERTIFICATE OF SERVICE

I, King Michael Oliver, hereby certify that this Complaint for Declaratory and Injunctive Relief is being mailed to the Court by Certified Mail #

9589 0710 5270 3845 9467 83

as soon as I can get a copy produced and hand-deliver this to the institution's Mailroom myself... Today (6-27-26), I just finished constructing this Complaint and hope to have it in the mail by Tuesday, June 30, 2026. Respectfully,

Dated: 6-27-26

King Michael Oliver

King Michael Oliver
%o Reg. # 30202-044
F.C.I. Yazoo
P.O. Box 5000
Yazoo City, MS 39194

Today, I was able to get a copy made in the Law Library today, thanks to another inmate, so I will be placing this in the institutional U.S.P.S. system today, when they call Legal Mail between 2: - 3: P.M. ...

**53** of 53